**Electronically Filed
Supreme Court
SCPW-14-0001154
30-OCT-2014
09:04 AM**

SCPW-14-00001154

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

NORTH BEACH WEST MAUI BENEFIT FUND,
a Hawaiʻi non-profit corporation, Petitioner,

vs.

LAND COURT OF THE STATE OF HAWAIʻI, ADMINISTRATIVE
DIRECTOR OF THE COURTS, and CHIEF STAFF ATTORNEY
OF THE SUPREME COURT, Respondents.

---

ORIGINAL PROCEEDING
(1 L.D. CASE NO. 12-1-3039)

ORDER DISMISSING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

On October 3, 2014, Petitioner North Beach West Maui Benefit Fund filed a petition for a writ of mandamus or for other relief ("Petition") seeking an order directing the Land Court of the State of Hawaiʻi to render a decision on its 2012 ex parte motion or, in the alternative, approving a process for the scanning and digitizing of certain Land Court applications and microfilm reels. On October 22, 2014, the parties to this

original proceeding filed a stipulation to dismiss the Petition. Upon careful review and consideration of the record in this matter,

IT IS HEREBY ORDERED that the Petition is dismissed.

DATED: Honolulu, Hawaiʻi, October 30, 2014.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

